IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-95-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KAMI WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

Kami Woodard ("Woodard" or "defendant") moved for reduction of sentence [D.E. 35] and for an order setting restitution payment at $25 per month while incarcerated [D.E. 40]. On June 3, 2024, Woodward was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Kami Woodward") (last visited Aug. 6, 2024). In light of defendant's release, the court DENIES as moot defendant's motions [D.E. 35, 40].

SO ORDERED. This 6 day of August, 2024.

JAMES C. DEVER III
United States District Judge